An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA NEW BUILDS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Appellant,
vs.
US BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR STRUCTURED
ASSET SECURITIES CORPORATION
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-BC3, BY
ITS SERVICER OCWEN LOAN
SERVICING, LLC.; AND WESTERN
PROGRESSIVE-NEVADA, INC., A
DELAWARE CORPORATION,
Respondents.

No. 66393

**FILED**

NOV 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND REMANDING TO DISTRICT COURT

Pursuant to the stipulation of the parties and cause appearing, we dismiss this appeal. The parties shall bear their own costs and attorney fees. NRAP 42(b). This matter is remanded to the district court to conduct appropriate proceedings, if any, to alter, amend, or vacate its order or judgment pursuant to the parties' stipulation. In the event the district court declines to grant the requested relief, appellant may file a motion to reinstate this appeal.[1]

---

[1]Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-37406

It is so ORDERED.

_____, C.J.

cc:    Hon. Susan Johnson, District Judge
Durham Jones & Pinegar
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk